|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**AUSTIN DIVISION** | **FILED**<br>September 19, 2023<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____LRT_____<br>DEPUTY |
| **UNITED STATES OF AMERICA**<br>    Plaintiff<br><br>v<br><br>**ISSA ABDELRAHMAN**<br>            Defendant | **Case No. 1:23-cr-161-DII**<br>**INDICTMENT**<br><br>[Ct. 1: 18 U.S.C. § 933(a)(1) – Firearms Trafficking;<br>Ct. 2: 18 U.S.C. § 922(d)(1) – Sale or Transfer of Firearm to a Prohibited Person;<br>Ct. 3: 18 U.S.C. § 922(b)(5) – Failure by Federally Licensed Dealer to Keep Proper Records]<br><br>**Notice of Government's Demand for Forfeiture** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Firearms Trafficking**
**[18 U.S.C. §933(a)(1)]**

On or about March 23, 2023, in the Western District of Texas, Defendant,

**ISSA ABDELRAHMAN**,

did transfer and otherwise dispose of a firearm, to wit: a Rock Island Armory, Model 1911A1, .45 caliber pistol, to WITNESS-1 in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by WITNESS-1 would constitute a felony.

   In violation of 18 U.S.C. § 933(a)(1).

## COUNT TWO
## Sale or Transfer of Firearm to a Prohibited Person
## [18 U.S.C. § 922(d)(1)]

On or about March 23, 2023, in the Western District of Texas, Defendant,

**ISSA ABDELRAHMAN,**

knowingly sold and disposed of a firearm, that is, a Rock Island Armory, Model 1911A1, .45 caliber pistol, to WITNESS-1, knowing and having reasonable cause to believe that WITNESS-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d)(1) and 924(a)(2).

## COUNT THREE
## Failure by Federally Licensed Dealer to Keep Proper Records
## [18 U.S.C. § 922(b)(5)]

On or about May 17, 2023, in the Western District of Texas, Defendant,

**ISSA ABDELRAHMAN,**

being an agent of a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to Russell Johnson firearms, to wit:

- a Glock model 43X, 9mm pistol;
- a Glock model 19X, 9mm pistol;
- a Glock model 26, 9mm pistol;
- a Glock model 17 (Classic), 9mm pistol;
- a Glock model 19, 9mm pistol;
- a Glock model 19, 9mm pistol;
- a Glock model 19, 9mm pistol;
- a Glock model 17, 9mm pistol;
- a Polymer 80, model PFC9, 9mm pistol; and
- a Polymer 80, model PFS9, 9mm pistol,

without noting in the records required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age, and place of residence of said purchaser of the firearms.

In violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.

### Firearms Trafficking
**[Title 18 U.S.C. §933(a)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 934(a)(1)(A) and (B), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Count One the United States gives notice to the Defendant of its intent to seek the forfeiture of property identified upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 934(a)(1)(A) and (B) as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c) which states:

**Title 18 U.S.C. § 934. Penalties**

**(a)(1)** Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law

**(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and

**(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924 (d) shall apply.

### II.

### Sale or Transfer of Firearm to a Prohibited Person and Failure by Federally Licensed Dealer to Keep Proper Records

**[Title 18 U.S.C. § 922(b)(5) and 922(d)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Counts Two and Three, the United States gives notice to the Defendant of its intent to seek the forfeiture of property identified upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c) which states:

**Title 18 U.S.C. § 924. Penalties**
**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . or knowing violation of section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . .

A TRUE BILL



FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: *Michelle E. Fernald*
     _____
     FOR: MATT HARDING
     ASSISTANT UNITED STATES ATTORNEY