FILED
January 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br><br>v<br><br>**ISSA ABDELRAHMAN**<br>Defendant | A-23-cr-161 RP<br><br>**INFORMATION**<br><br>[Ct. 1: 18 U.S.C. § 922(m) – Knowing Failure to Keep and Maintain Required Records] |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Knowing Failure to Keep and Maintain Required Records**
**[18 U.S.C. § 922(m)]**

On or about May 17, 2023, in the Western District of Texas, Defendant

**ISSA ABDELRAHMAN**,

being an agent of a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in and failed to maintain records the defendant was required to keep pursuant to Section 923 of Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

JAIME ESPARZA
UNITED STATES ATTORNEY

By:   */s/ Matt Harding*
MATT HARDING
ASSISTANT UNITED STATES ATTORNEY